

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00018-CV
_____

IN THE MATTER OF THE MARRIAGE OF
ARI MARIE LANKFORD AND JEREMY SHANE LANKFORD
AND IN THE INTEREST OF S.J.L. AND J.M.L., CHILDREN

On Appeal from the 76th District Court
Camp County, Texas
Trial Court No. DV-24-05165

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

MEMORANDUM OPINION

Appellant Jeremy Shane Lankford timely filed a pro se notice of appeal on March 19, 2025. The clerk's record was filed on April 21, 2025. On May 13, 2025, we received a document that purported to be Appellant's brief. On May 15, 2025, we sent Appellant a letter explaining that the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Appellant with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1.[1] We informed Appellant that, if he did not file a brief that complied with Rule 38.1 by June 4, 2025, the appeal would be ripe for dismissal for want of prosecution.

On June 5, 2025,[2] we received a document that we construed as Appellant's "corrected" brief. The document failed to comply with the requirements of Rule 38.1. Because Appellant's "corrected" brief did not meet the requirements of Rule 38.1, his appeal is ripe for dismissal.

---

[1] Each factual statement must contain a citation to the appellate record so that the Court can locate and confirm facts. Appellant did not comply with Rule 38.1(g) in either his original document or his revised document. *See* TEX. R. APP. P. 38.1(g).

[2] Appellant submitted his "corrected" brief one day after the deadline.

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).

Scott E. Stevens.
Chief Justice

Date Submitted:     June 13, 2025
Date Decided:     June 16, 2025